THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELICE P. FARRICCHIA, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLIS LEVI, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL W. THORNE, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See post, p. 734.]

AGNES McC. SCHWERIN, Respondent, v. JOSEPH SCHWERIN, Appellant.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.